In re ENSCO OFFSHORE INTERNA-
TIONAL COMPANY, Ensco Interna-
tional Incorporated and Ensco Off-
shore Company, Individually and as
Successor–in–Interest of Chiles Off-
shore, Inc., Relators.

No. 05–08–01092–CV.

Court of Appeals of Texas,
Dallas.

Aug. 19, 2008.

Rehearing Overruled Jan. 21, 2009.

Robert L. Klawetter, Christina K. Scho-
vajsa, Houston, Michael K. Hurst, Dallas,
for Relator.

Eric D. Pearson, Heygood, Orr, Reyes,
Pearson and Bartolomei, Dallas, for Real
Party in Interest.

Before Justices WRIGHT, O'NEILL,
and LANG–MIERS.

## MEMORANDUM OPINION

ELIZABETH LANG–MIERS, Justice.

In this petition for writ of mandamus,
relators complain that the trial court has
abused its discretion in denying defen-
dants' motion to dismiss for forum non
conveniens. Relators' petition is not veri-
fied. *See* TEX. R. APP. P. 52.3. According-
ly, we **DENY** relators' petition for writ of
mandamus.